

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2017

No. 04-16-00721-CV

**402 LONE STAR PROPERTY, LLC** and Craig Otto,
Appellants

v.

Barry L. **BRADFORD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08653
Honorable Gloria Saldana, Judge Presiding

# O R D E R

After this court granted appellants' first motion for extension of time, their brief was due February 16, 2017.  Appellants have now filed a second motion for extension of time, asking for an additional fourteen days in which to file the brief.  After review, we **GRANT** appellants' motion and **ORDER** appellants to file their brief on or before March 2, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court